IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOANNE PENA

    **Plaintiff,**

vs.                                           **Case No.: 1:21-cv-851**

COUNTY OF SANTA FE,
DERRICK WILLIAMS, and
MICHAEL OLIVER,

    **Defendants.**

## NOTICE OF REMOVAL

Defendant County of Santa Fe[1], by and through counsel, the New Mexico Association of Counties (Brandon Huss and David Roman), states the following for its Notice of Removal:

1. Pursuant to 28 U.S.C. §§ 1331, 1441, 1443, and 1446, County Defendant exercises its right to remove this action from the First Judicial District Court, County of Santa Fe, State of New Mexico, where the case is now pending by the name and style of *Joanne Pena v. County of Santa Fe, et al.,* First Judicial District Court No. D-101-CV-2021-01679. Plaintiff's action, upon information and belief, arises out of alleged violations of 29 U.S.C. § 623.

2. This Court has original jurisdiction as provided in 28 U.S.C. § 1331 in that the cause arises under laws of the United States brought pursuant to 29 U.S.C. § 623.

3. On July 28, 2021, Plaintiff filed her Petition for Writ of Certiorari with the First Judicial District Court. A Court-endorsed copy of the Petition is attached hereto as **Exhibit A**. This

---

[1] County of Santa Fe is not a viable defendant under NMSA § 41-46-1 and Fed. R. Civ. P. 17 therefore, it should be dismissed with prejudice.

Court has original jurisdiction as provided in 28 U.S.C. § 1331 in that the cause arises under the Constitution and laws of the United States brought pursuant to 29 U.S.C. § 623.

4. On July 29, 2021, Loren M. Vigil, Santa Fe County Recording Clerk was served on behalf of Defendant County of Santa Fe.

5. Defendant Derrick Williams has not been effectively served as service on an individual cannot be accomplished by service on the Clerk. Defendant Michael Oliver cannot be served because he has passed away. Without waiving service of process, Defendant Williams consents to this removal.

6. This Notice of Removal is timely filed in accordance with the requirements of 28 U.S.C. § 1446(b).

7. Pursuant to the requirements of 28 U.S.C. § 1446(d), copies of the Notice of Removal will be promptly given to all adverse parties and a copy of the Notice of Removal will be filed with the Clerk of the First Judicial District Court, County of Santa Fe, State of New Mexico. Defendant attaches, and incorporates by reference, copies of the following documents served on Defendant in this action:

    A.      Request for Hearing (Exhibit B);

    B.      Application for Free Process and Affidavit of Indigency (Exhibit C);

    C.      Order on Application for Free Process (Exhibit D);

    D.      Interpreter Form (Exhibit E);

    E.      Certificate of Service (Exhibit F); and

    F.      Copy of the NMCourts.com lookup page (Exhibit G).

8. Defendant desires and is entitled to have this cause removed from the First Judicial District Court, County of Santa Fe, State of New Mexico.

9. Written notice of the filing of this Notice is being sent contemporaneously to Plaintiff as required by law.

10. A true and accurate copy of this notice will be filed with the clerk of the First Judicial District Court, County of Santa Fe, State of New Mexico, as required by law.

Respectfully submitted,

NEW MEXICO ASSOCIATION OF COUNTIES

*/s/ Brandon Huss*
BRANDON HUSS
DAVID ROMAN
111 Lomas Blvd., N.W., Ste. 424
Albuquerque, NM   87102
(505) 820-8116
bhuss@nmcounties.org
droman@nmcounties.org
*Attorneys for Defendant County*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 30, 2021, I filed the foregoing pleading electronically through the CM/ECF system, which caused all counsel of record to be served electronically, as more fully reflected on the Notice of Electronic Filing.

*/s/ Brandon Huss*
BRANDON HUSS

3